66 P.3d 1247

**STATE of Arizona**

v.

**Christopher Lee CECIL.**

**No. CR–02–0033–PR.**

Supreme Court of Arizona.

April 22, 2003.

ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

---

FURTHER ORDERED: Remanded to the Court of Appeals for reconsideration in light of State v. Thompson, CR–01–0435–PR.

FURTHER ORDERED: Petition for Review by the Supreme Court = DENIED.

FURTHER ORDERED: Motion for Review = DENIED.